FILED
CLERK U.S. DISTRICT COURT

APR 28 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE BLAKE,<br><br>    Petitioner,<br><br>    v.<br><br>MENDOZA-POWERS,<br><br>    Respondent. | Case No. EDCV 07-51 GW(JC)<br><br>(PROPOSED)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein by United States mail on petitioner and on counsel for respondent.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 28, 2008

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE