JS-6

FILED
CLERK U.S. DISTRICT COURT
APR 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE BLAKE, | Case No. EDCV 07-51 GW(JC) |
| Petitioner, | ~~(PROPOSED)~~ |
| v. | JUDGMENT |
| MENDOZA-POWERS, | |
| Respondent. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: April 28, 2008

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE